ACCEPTED
03-14-00782-CV
7928842
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 2:13:47 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00782-CV

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC.<br>Appellant, | §<br>§<br>§<br>§ | IN THE THIRD |
| v. | §<br>§<br>§ | COURT OF APPEALS |
| MARIO A. MATA, CENTROPLEX<br>AUTOMOBILE RECOVERY, INC.,<br>JOHN F. THOMPSON d/b/a<br>CENTROPLEX AUTOMOBILE<br>RECOVERY, INC.  REDSHIFT<br>INVESTIGATION, INC., and BLAKE<br>THORNTON VANDUSEN,<br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | AUSTIN, TEXAS |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 2:13:47 PM
JEFFREY D. KYLE
Clerk

## NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR APPELLANT, SANTANDER CONSUMER USA, INC.

TO THE CLERK OF SAID COURT:

Please take notice that Devlin, Naylor & Turbyfill, P.L.L.C., counsel for Appellant, SANTANDER CONSUMER USA, INC., has moved its office and has a new address as follows:

Donald L. Turbyfill
Deborah C. S. Riherd
Vicki W. Hart
Devlin, Naylor & Turbyfill P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725

Respectfully submitted,

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

DONALD L. TURBYFILL
State Bar of Texas # 20296380
dturbyfill@dntlaw.com [E-MAIL]
DEBORAH C. S. RIHERD
State Bar of Texas #24038904
driherd@dntlaw.com [E-MAIL]
VICKI W. HART
State Bar of Texas #24046037

5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725
(713) 622-8338 [TELEPHONE]
(713) 586-7053 [FACSIMILE]
(877) 627-9039 [TOLL FREE]
ATTORNEYS FOR APPELLANT
SANTANDER CONSUMER USA, INC.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing **NOTICE OF CHANGE OF ADDRESS** was served on the parties listed below either electronically through an electronic filing manager or in the alternative served by fax prior to 5:00 p.m., in person, by mail, commercial delivery service, or email, on November 20, 2015:

E. Jason Billick
William B. Gammon
firm@gammonlawoffice.com
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
(512) 472-8909 [PHONE]
(888) 545-4279 [FACSIMILE]
ATTORNEYS FOR PLAINTIFF
MARIO A. MATA

David L. Treat
dlt@lstlaw.com
Christopher A. Lotz
clotz@lstlaw.com
Lindow Stephens Treat, LLP
The Vogue Building
600 Navarro Street, Sixth Floor
San Antonio, Texas 78205
(210) 227-2200 [PHONE]
(210) 227-4602 [FACSIMILE]
ATTORNEYS FOR APPELLEES
REDSHIFT INVESTIGATION INC.

John S. Kenefick
JKenefick@MacdonaldDevin.com
John R. Sigety
JSigety@MacdonaldDevin.com
MacDonald Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
(214) 744-3300 [PHONE]
(214) 747-0942 [FACSIMILE]
ATTORNEYS FOR APPELLEE
BLAKE THORNTON VANDUSEN

Karen C. Burgess
kburgess@richardsonburgess.com
Richardson + Burgess LLP
221 West 6th Street, Suite 900
Austin, Texas 78701-3445
(512) 482-8808 [PHONE]
(512) 499-8886 [FACSIMILE]
ATTORNEY FOR APPELLEES
CENTROPLEX AUTOMOBILE
RECOVERY, INC. AND JOHN F.
THOMPSON

_____
DEBORAH C. S. RIHERD

2